# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2015

150670(104)(105)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

    SC: 150670
    COA: 315579
    Oakland CC: 2012-242010-FH

RICKEY WHITE,
        Defendant-Appellant.

_____/

       On order of the Court, the motion for permission to submit a supplemental authority is GRANTED. The motion for reconsideration of this Court's April 28, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2015


Clerk

p0921